14-0627SAG    14-0628SAG

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND



MAR 1 4 2014

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Joel J. Bolden, being duly sworn, depose and say that:

1. Your affiant, Special Agent Joel J. Bolden, is a Special Agent with the United States Drug Enforcement Administration (DEA) and is an investigative or law enforcement officer within the meaning of Section 2510(7) of Title 18 of the United States Code. I am empowered to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. Section 2516. Your affiant has been employed by the DEA since July 2002. Your affiant is currently assigned to Washington Division Office, Baltimore District Office, High Intensity Drug Trafficking Area (HIDTA) Enforcement Group 54, Major Drug Traffickers Initiative (MDTI). Prior to assignment in the Washington-Baltimore area, your affiant was assigned and worked in the Los Angeles Field Division of DEA and was assigned to a HIDTA Enforcement Group which worked with the Los Angeles County Sheriff's Office (LASO). Your affiant during the course of his career has received training in drug identification, drug enforcement laws, undercover operations, surveillance techniques, informant handling, interviewing, report writing and tactical training.

In the time your affiant has been a Special Agent with the DEA, your affiant has participated and been the case or co-case agent in multiple narcotics related investigations involving the manufacture, possession, and distribution of controlled substances. Your affiant has been involved in the writing, planning and execution of numerous search warrants and worked in an undercover capacity. Your affiant has also written wiretap affidavits and been

involved with multiple wiretap investigations. During the course of your affiant's investigations, you affiant will often confer with other experienced federal and local narcotics investigations with similar experiences.

As a result of my training and experience, your affiant has become familiar with the methods employed by narcotics traffickers, to smuggle, safeguard and distribute narcotics and to collect and launder narcotics-related proceeds. These methods include the use of debit calling cards; the use of multiple telephone or successive telephones; public telephones; wireless communications technology such as cellular telephones; counter-surveillance; smuggling; use of traps and hidden compartments; multiple residences or stash locations; money laundering schemes tied to legitimate businesses; false or fictitious identities; and the use of coded or vague communications in an attempt to avoid detection by law enforcement and circumvent narcotics investigations.

2. This affidavit is submitted is support of a criminal complaint charging **Tyrone Robert BAILEY** and **Lamont G. THOMAS** with possession with intent to distribute and conspiracy to distribute and possess with the intent to distribute in excess of 500 grams of cocaine, in violation of 21 U.S.C.§§ 841(a) and 846.

3. On March 11, 2014, at approximately 8:42pm, Maryland State Police, (MSP) Trooper First Class Ryan McNeely, 4812, conducted a traffic stop on southbound Interstate-95 at the 99 mile marker, Cecil County, Maryland, of a red 2003 Ford F-150 bearing Maryland registration 8AG5121. TFC McNeely was assisted by Sgt Michael Conner, 0620, and TFC Brian Hirsh along with K-9, "Kilo". TFC McNeely and Sgt Conner are assigned to the MSP, Pro-Active Criminal Enforcement Team (PACE). TFC McNeely had conducted the stop of the F-150 for

excessive speed; 74 miles per hour in a 65 mile per hour zone, and for following a vehicle too close. The speed of the red F-150 was measured by a hand-held Pro II laser, which TFC McNeely is certified to utilize through the MSP. TFC McNeely had tested the unit prior to and after the stop of the F-150 and found it to be in proper working order.

    4. TFC McNeely approached the red F-150 and contacted the operator of the vehicle who was identified as **Lamont G. THOMAS** through his Maryland driver's license. The front seat passenger was identified as **Tyrone Robert BAILEY** through his Maryland driver's license. During the course of interviewing and speaking with **THOMAS** and **BAILEY**, TFC McNeely detected an overwhelming odor of a masking agent emanating from the vehicle. TFC McNeely had asked **THOMAS** and **BAILEY** where they were traveling from and both **THOMAS** and **BAILEY** stated to TFC McNeely they were traveling back from the Atlantic City, New Jersey. During the course of the stop based on TFC McNeely's training and experience he believed there were indicators of criminal activity and in this instance narcotics trafficking.

    5. TFC McNeely, requested TFC Hirsch to utilize his narcotics trained K-9, "Kilo" to a free air sniff during the course of the stop. There was a positive alert for the presence of narcotics. Based upon the detection of narcotics, both occupants were removed from the vehicle so a search could be conducted. Both **THOMAS** and **BAILEY** admitted to TFC McNeely they had been smoking marijuana.

    6. During the course of the searching the vehicle, TFC McNeely, along with Sgt Conner, located an aftermarket electronically controlled false compartment in the seat back of the rear bench seat. The compartment was accessed and contained within the compartment were four

rectangular packages. Based upon their training and experience, TFC McNeely and Sgt Conner recognized the size and shape of the packages from previous controlled dangerous substance (CDS) arrests to be consistent with kilograms of cocaine. TFC McNeely further observed white powdery substance inside of the kilogram packages. **THOMAS** and **BAILEY** were placed under arrest and transported to the MSP, JFK Barracks for processing and were charged with a CDS violation for possession with intent to distribute cocaine. The four kilograms of cocaine were transported to the JFK Barracks for processing as well.

7. At the JFK Barracks, custody of the four kilograms of cocaine were transferred by TFC McNeely and Sgt Conner to Special Agent Joel Bolden and Task Force Officer Steven Rose, DEA HIDTA 54, Major Drug Traffickers Initiative (MDTI). Each kilogram was individually weighed at the JFK Barracks by SA Bolden and TFC McNeely and collectively all four were determined to be approximately 4,253 grams. SA Bolden, along with TFO Rose, conducted a presumptive field test on each kilogram and each resulted in a positive test for the presence of cocaine.

8. Although **BAILEY** was a passenger in the vehicle, on March 13, 2014, TFO Rose conducted a check of law enforcement data base systems available to law enforcement. TFO Rose located information from the District Court of Maryland indicating **BAILEY** had committed a violation on September 24, 2012, as the sole operator of the red 2003 Ford F-150 with Maryland Registration 8AG5121. BAILEY received a written violation for failure to stop at a steady circular red signal. On November 26, 2012, the matter was adjudicated, as BAILEY paid the $140.00 fine for the violation.

9. Your affiant knows through his knowledge, training and experience a kilogram of cocaine in the Baltimore Metropolitan area can be purchased or sold for approximately $35,000 to $40,000 U.S. currency. Your affiant further knows when a kilogram of cocaine is broken into amounts which can be resold at the street level, distributors can make substantial profit from the sale and distribution of the cocaine. Your affiant further knows 4,253 grams of cocaine is far in excess of the amount intended for personal use and would indicated to your affiant an intent to distribute.

10. Based upon the foregoing, there is probable cause to believe **THOMAS** and **BAILEY**, possessed and conspired to possess with intent to distribute over 500 grams of cocaine in violation of 21 USC 841(a)(1) and 846.

I, Joel J. Bolden, affirm under penalties of perjury that the facts and circumstances recounted are true and accurate to the best of my knowledge, information and belief.

Joel J. Bolden
Special Agent
Drug Enforcement Administration

Signed to and sworn before me this 13th day of March 2014.

Stephanie A. Gallagher
United States Magistrate Judge
District of Maryland