IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | Criminal No.: 1:14-MJ-000627-SAG-1 |
| TYRONE ROBERT BAILEY, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR LEAVE TO FILE ADDITIONAL MOTIONS

The Defendant, Tyrone Bailey, by and through counsel, Ivan J. Bates, Esquire, hereby respectfully requests that this Honorable Court grant the Defendant leave to file additional pre-trial Motions and/or Memoranda should such filing become necessary after all required Discovery and Disclosures are completed in this case and counsel has reviewed, has discussed same with Defendant, and researched same. Defense counsel is expecting to receive supplemental discovery from the Government which are likely to be material to any motions and/or memoranda that will be filed in this case.

Respectfully submitted,

/s/ Ivan J. Bates
Ivan J. Bates, Esquire
Bates & Garcia, LLC
201 N. Charles Street, Suite 1900
Baltimore, Maryland 21202
(410) 814-4600

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of May, 2014, a copy of the foregoing Motion For Leave to File Additional Motions was e-filed with the CM/ECF system and thus served on all parties to the case. Undersigned counsel is not aware of any party that is pro se or not registered on the CM/ECF system.

_____
Ivan J. Bates